# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

FILED
'08 JAN -8 PM 4:01
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

**0012**

UNITED STATES OF AMERICA,

**V.**

JAVIER BAILON-HERNANDEZ
a/k/a Javier Santos,
a/k/a Gabino Madero-Flores

**PJH**

DEFENDANT.

# INDICTMENT

Title 8, United States Code, Section 1326 - Alien Found
in the United States After Deportation

A true bill.

_____
Foreman

Filed in open court this _____ day of
January 2008

_____
Clerk

Bail, $ no bail arrest warrant

_____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

───── OFFENSE CHARGED ─────

8 U.S.C. § 1326 - Illegal Reentry
After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:

20 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment.

───── PROCEEDING ─────
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on
  motion of:          **SHOW**
  ☐ U.S. Att'y ☐ Defense   **DOCKET NO.**
☐ this prosecution relates to a
  pending case involving this same
  defendant
  prior proceedings or appearance(s)   **MAGISTRATE**
  before U.S. Magistrate regarding      **CASE NO.**
  this defendant were recorded under

Name and Office of Person
Furnishing Information on      Joseph P. Russoniello
THIS FORM
            ☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      Erika R. Frick

───── Name of District Court, and/or Judge/Magistrate Location ─────
NORTHERN DISTRICT OF CALIFORNIA

JAN ~8   PM 4:01

───── DEFENDANT - U.S. ─────

JAVIER BAILON-HERNANDEZ, a/k/a Javier Santos

DISTRICT COURT NUMBER      **PJH**

## CR 08        0012

───── DEFENDANT ─────

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other   ☐ Fed'l ☐ State
      charges

   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed

**DATE OF**                  Month/Day/Year
**ARREST**

   Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**         Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

───── ADDITIONAL INFORMATION OR COMMENTS ─────

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

Date/Time: January 9, 2008 at 9:30 am

Before Judge: Hon. Elizabeth D. Laporte

Comments:



1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11                                                    0012
                                    CR  08

12  UNITED STATES OF AMERICA,        )     No.
                                     )
13          Plaintiff,               )     VIOLATION:  Title 8, United States Code,
                                     )     Section 1326 – Alien Found in the United
14  v.                               )     States After Deportation
                                     )
15                                   )
    JAVIER BAILON-HERNANDEZ,         )
16  a/k/a Javier Santos,             )     SAN FRANCISCO VENUE
    a/k/a Gabino Madero-Flores,      )
17                                   )
            Defendant.               )
18  _____)

19

20                          I N D I C T M E N T

21  The Grand Jury charges:

22      On or about December 23, 2003 and October 21, 2005, the defendant,

23                     JAVIER BAILON-HERNANDEZ,
                           a/k/a Javier Santos,
24                     a/k/a Gabino Madero-Flores,

25  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

26  January 2, 2008, was found in the Northern District of California, the Attorney General of the

27  United States and the Secretary for Homeland Security not having expressly consented to a re-

28

    INDICTMENT

1    application by the defendant for admission into the United States, in violation of Title 8, United

2    States Code, Section 1326.

3

4    DATED: January 8, 2008                    A TRUE BILL.

5

6                                                          FOREPERSON

7

8    JOSEPH P. RUSSONIELLO
     United States Attorney
9

10

11   GREGG W. LOWDER
     Chief, Major Crimes Section
12

13   (Approved as to form)
                          AUSA Frick
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT