UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 23, 2008      **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0012 PJH

**Case Name:** UNITED STATES  v.  Javier Balion-Hernandez (In Custody)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Frank Justiliano      **Court Reporter:** Debra Pas
**Interpreter:** Carole Glasser (Sworn)      **Probation Officer:** None

**PROCEEDINGS**

Trial Setting held. Stipulation as to speedy trial exclusion is Granted. Counsel for AUSA to prepare stipulation.

**CASE CONTINUED TO:** February 27, 2008 at 1:30 p.m. **for** Trial setting.

**cc:** Chambers