UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: February 27, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0012 PJH**

**Case Name:     UNITED STATES   v.   JAVIER BALION-HERNANDEZ (C)(Spanish Interpter)**

**Attorney for Plaintiff:     Erika Frick**
**Attorney for Defendant:   Eric Hairston**

**Deputy Clerk:**  Nichole Heuerman                      **Court Reporter**: Belle Ball

**Interpreter:** Melinda Basker

**PROCEEDINGS**

   Trial Setting/Change of Plea-Held.  The parties inform the court that a disposition has been reached but defense counsel needs additional time to review the plea agreement with the defendant.  The matter will be continued one week.  Time is excluded from 2/27/08 to 3/5/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: March 5, 2008 at 1:30 p.m. for Change of Plea**.

---

**EXCLUDABLE DELAY:** Category  Begins 2/27/08 Ends 3/5/08

---

**cc:**     chambers