1    BARRY J. PORTMAN
     Federal Public Defender
2    ERIC MATTHEW HAIRSTON
     Assistant Federal Public Defenders
3    19th Floor Federal Building – Box 36106
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone:  (415) 436-7700
5
     Counsel for Defendant
6    JAVIER BAILON-HERNANDEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
                                    )
12                                  )    No. CR 08-00012 PJH
     UNITED STATES OF AMERICA,      )
13                                  )    DECLARATION OF ERIC M. HAIRSTON
          Plaintiff,                )    REGARDING INTERPRETER
14                                  )    CERTIFICATION OF PLEA AGREEMENT
          v.                        )
15                                  )
     JAVIER BAILON-HERNANDEZ,       )
16                                  )
          Defendant                 )
17    _____ )

18

19

20

21

22

23

24

25

26

I, Eric M. Hairston, declare as follows:

1.     I am an Assistant Federal Public Defender for the Northern District of California. I make this declaration regarding the plea agreement executed by Javier Bailon-Hernandez before this court on March 5, 2008 (the "Plea Agreement"). I have knowledge of the facts set forth below and, if called as a witness in this matter, could and would competently testify to them.

2.     I hereby declare that court-certified Spanish interpreter Carol Rhine-Medina completed translating the Plea Agreement for Mr. Bailon-Hernandez on February 25, 2008, and that I witnessed Ms. Rhine-Medina execute the interpreter certification found on the signature page of the Plea Agreement on that date.

3.     On or about February 26, 2008, I received an updated draft of the Plea Agreement from the Assistant United States Attorney on the case. With the exception of a corrected typographical error on the second page, the updated draft was substantially identical to the prior version. I placed the updated draft of the Plea Agreement in my case file and discarded the prior version, including (mistakenly) the signature page bearing Ms. Rhine-Medina's executed interpreter certification.

4.     Attached hereto as Exhibit A is a true and correct copy of the signature page to the Plea Agreement. The signature page bears the signature of Ms. Rhine-Medina, certifying that she accurately translated the Plea Agreement to Javier Bailon-Hernandez. Ms. Rhine-Medina's signature is dated March 6, 2008 to reflect the date that she executed the updated draft of the plea agreement.

5.     I hereby declare that Ms. Rhine-Medina translated the entire plea agreement, with the exception of the later-corrected typographical errors, for Mr. Bailon-Hernandez prior to his execution of the document. As the Court is aware, the subsequent corrections to the second page of the document were translated and initialed by court-certified Spanish interpreter Melinda Basker on the date that Mr. Bailon-Hernandez entered his guilty plea.

1     I declare under penalty of perjury that the foregoing is true and correct.  Signed this 6th

2 day of March, 2008 in San Francisco, California.

3

4 Dated: March 6th, 2008

5                                                 Respectfully submitted,

6                                                 BARRY J. PORTMAN
                                                  Federal Public Defender
7
                                                  _____/s/_____
8                                                 ERIC MATTHEW HAIRSTON
                                                  Assistant Federal Public Defender
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Exhibit A

1  proceeding to trial. I also confirm that my decision to plead guilty is made voluntarily, and no

2  one coerced or threatened me to enter into this Agreement.

3      19.    I confirm that I read this entire plea agreement with the assistance of an interpreter

4  and in the presence of my attorney.

5

6  Dated: _____

                                    JAVIER BAILON-HERNANDEZ
7                                   Defendant

8
                                    JOSEPH P. RUSSONIELLO
9                                   United States Attorney

10

11 Dated: _____

                                    ERIKA R. FRICK
12                                  Assistant United States Attorney

13

14      I have fully explained to my client all the rights that a criminal defendant has and all the

15 terms of this Agreement. In my opinion, my client understands all the terms of this Agreement

16 and all the rights he is giving up by pleading guilty, and, based on the information now known to

17 me, his decision to plead guilty is knowing and voluntary.

18

19 Dated: _____

                                    ERIC MATTHEW HAIRSTON
20                                  Attorney for Defendant

21

22                          INTERPRETER CERTIFICATION

23 I, _____, hereby certify that I am a certified Spanish language

24 interpreter and that I accurately translated this plea agreement to the defendant, he told me that he

25 understood it, and I believe his answer was true and correct.

26

27 Dated: _____                     _____

28                                            Interpreter's signature

PLEA AGREEMENT
CR 08-0012 PJH                        6