UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 21, 2008  **JUDGE:** Phyllis J. Hamilton
**Case No:** CR-08-0012 PJH
**Case Name:** UNITED STATES v. JAVIER BALION-HERNANDEZ (C)(Spanish Interpreter)

**Attorney for Plaintiff:** Erika Frick
**Attorney for Defendant:** Eric Hairston

**Deputy Clerk:** Nichole Heuerman  **Court Reporter:** Catherine Edwards

**Interpreter:** Victor Martinez (Spanish)

**PROCEEDINGS**

　　Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 24 months; 3 years supervised release with the following special conditions:
1) defendant shall comply with the rules and regulations of the Bureau of Immigration 2) defendant shall abstain from the use of alcohol 3) defendant shall participate in a program of testing and treatment for drugs and alcohol 4) defendant shall not own or possess any firearms, ammunition, destructive devices or other dangerous weapons 5) defendant shall not possess any false identification and 6) defendant shall cooperate in the collection of DNA. The defendant shall pay a special assessment in the amount of $100.00; due immediately. If not paid immediately the defendant special assessment shall be paid through the BOP Inmate Financial Responsibility Program.

cc:　chambers